PD-1461-15
COURT OF CRIMINAL APPEALS
AUSTIN, TEXAS
Transmitted 12/9/2015 5:20:52 PM
Accepted 12/11/2015 12:15:40 PM
ABEL ACOSTA
CLERK

## NO. PD -1461-15

| | | |
|---|---|---|
| JACOB WESLEY FAUDI | § | IN THE COURT OF |
| | § | |
| VS. | § | CRIMINAL APPEALS |
| | § | |
| STATE OF TEXAS | § | OF TEXAS |

## SECOND MOTION TO EXTEND TIME TO FILE PETITION FOR DISCRETIONARY REVIEW

**TO THE HONORABLE JUDGES OF SAID COURT:**

Now comes Jacob Wesley Faudi, Appellant in the above styled and numbered cause, and moves for an extension of time of one week to file a petition for discretionary review, and for good cause shows the following:

1.     On October 8, 2015, the Court of Appeals affirmed appellant's conviction. Jacob Wesley Faudi v. State, 2015 WL 5965362.

2.     The Court has previously granted one extension until 12/9/2015 to submit his petition. This previous request was made because of multiple cases that Appellate Counsel was working on including presenting oral argument in cause no. 14-51173 in the 5th Circuit Court of Appeals on 12/2/2015. Appellate Counsel anticipated completing the PDR in this case over the past week, but has been unable to do so. Appellate Counsel needs one additional week to complete it, until December 16, 2015.

3.     Defendant is currently incarcerated.

**WHEREFORE, PREMISES CONSIDERED,** appellant respectfully requests an extension of one week, i.e. until December 16, 2015, to file a petition for discretionary review.

Respectfully submitted,

Law Office of Denton B. Lessman
100 N. 6th Street, Ste. 702
Waco, TX 76701
Tel: (254) 776-4544
Fax: (254) 776-4551

By:_____
Denton B. Lessman
State Bar No. 24042474
DLessmanAtty@aol.com
Attorney for Jacob Wesley Faudi

## CERTIFICATE OF SERVICE

This is to certify that on December 10, 2015, a true and correct copy of the above and foregoing document was served on the State Prosecutor's Office and the McLennan County District Attorney's Office via facsimile.

_____
Denton B. Lessman